WEBSTER v. WEBSTER

No. 458P85.

Case below: 75 N.C. App. 621.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

WHITE v. BLACKWELL BURNER CO.

No. 602P85.

Case below: 76 N.C. App. 544.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 December 1985.

WORLEY v. WORLEY

No. 687P85.

Case below: 77 N.C. App. 666.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 10 December 1985.